UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOUSTON PROFESSIONAL TOWING ASSOCIATION, *et al*, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-05-0323 |
| | § | |
| CITY OF HOUSTON TEXAS, | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case, the City of Houston is ENJOINED from enforcing those portions of the City of Houston, Texas, Code of Ordinances, Art. III, Ch. 8, Div. 2, § 8-127 insofar as they regulate consent towing rates (§ 8-127(e)) and exclude qualified tow operators from towing on major freeways (§ 8-127(a)(1), (b)).

This is a Final Judgment.

SIGNED and ENTERED this 31st day of August, 2005.

_____
Kenneth M. Hoyt
United States District Judge