United States Courts Southern District of Texas
FILED
December 8, 2021
Nathan Ochsner, Clerk of Court

Motion to terminate probation

4:05cr323-2

November 17, 2021    ①

Dear Honorable Judge Keith P. Ellison,

I, Carol Richardson, is writing you to ask that my probation be terminated.

The reason I am asking of this, because I did 10 years, 8 months, and 2 days. I was a level 32, category 6. I was sentenced over the guidelines, receiving life in prison.

Given a life sentence, it seems as if I was being charged for my past criminal record.

Also will I was incarcerated a new bill was passed by the house ending crack and cocaine sentencing disparity. I was entitled to that as well.

My attorney at the time was John Riley Tresevill. He said, if I ever wanted to go back to court, to receive a 5K1 for my cooperation for the arrest of Maurice Perry. He would make sure I can always file to receive a reduction on my sentence. Therefore what do I need to do to receive my reduction for that.

I am suffering mental anguish and I am remorseful for choosing to smoke crack and selling drugs for my husband Eskies

②

Gaines Jr. to support my addiction.
 I am also having serious issues with my physical health as well. I live in pain every day. My bones are deteriating from my HIV medicine I used in the past.
 Getting off crack has been hard for me. I pray that God take the taste out my mouth and the craving out my stomache. I relapsed. Today, I am still battling my addiction. I go days and weeks without using. That is my issue. Rehab didn't work. I spent a year for probation violation, then rehab 90 days. I was right back on drugs.
 Thank you for taking the time to read my letter. I ask you to take into consideration when you make your decision.

      Thank You

      Sincerly

      Carol Richardson
      8016 Jonquil Dr.
      Texas City, TX
      77591

Carol Richards
8016 Jonquil Dr.
Texas City, TX 77591

NORTH HOUSTON TX 773
6 DEC 2021 PM 8 L

Honorable Judge Keith P. E[]
515 Rusk Street
Houston, TX 77002

77002-260441